ACCEPTED
04-14-00363-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/13/2015 12:47:04 PM
KEITH HOTTLE
CLERK

NO. 04-14-00363-CV

\* \* \* \*

IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/13/2015 12:47:04 PM
KEITH E. HOTTLE
Clerk

\* \* \* \*

AUGUSTINE NWABUISI, ROSE NWABUISI, RESOURCE HEALTH  SERVICES, INC
d/b/a RESOURCE HOME HEALTH SERVICES, INC, and RESOURCE CARE
CORPORATION,

Appellants,

VS.

DANA D. MOHAMMADI,

Appellee

\*\*\*\*

APPELLANT'S' RESPONSE TO LETTER IN OPPOSITION TO MOTION FOR
EXTENSION OF TIME FOR FILING APPELLANTS MOTION FOR
REHEARING AND MOTION FOR REHEARING EN BANC

\* \* \* \*

TO THE HONORABLE COURT OF APPEALS:

1.      Appellants are **AUGUSTINE NWABUISI, ROSE NWABUISI, RESOURCE HEALTH SERVICES, INC d/b/a RESOURCE HOME HEALTH SERVICES, INC, and RESOURCE CARE CORPORATION** Defendants/Respondents below

2.      Appellee is Dana D. Mohammadi, Plaintiff/Movant below.

3.      This is an appeal appealing the Order Appointing a Receiver and Compelling Discovery, signed by the Honorable Solomon Casseb on or about the 5th day of May,  2014.  This Honorable

Court issued its opinion/order on or about July 29, 2015, dismissing the appeal for want of jurisdiction, holding that the appeal was moot. Therefore, pursuant to Texas Rules of Appellate Procedure 49.1 and 49.7, any Motion for Rehearing or Motion for Rehearing En Banc would be due on or about August 13, 2015.

4.  Appellants filed a motion pursuant to the Texas Rules of Appellate Procedure 10.5 requesting an extension for filing Appellants' Motion for Rehearing and Motion for Rehearing En Banc to August 24, 2015, an extension of only eleven days. Appellee file a letter opposing the extension contending Appellants were engaged in dilatory tactics and referencing prior extensions granted regarding the underlying appellate briefs and asserting they were dilatory tactics.

5.  If the court reviews the motions regarding the prior extensions regarding the prior briefs, which Appellee's counsel does not recall, the prior extensions were requested because of surgery to Appellants; counsel's nephew, the pancreatic cancer and death of his mother in law and the unexpected brain surgery of his childhood friend, among other things. There have been no dilatory tactics and the negative comments of Appellee's counsel regarding the prior extensions simply demonstrate a lack of heart and compassion.

6.  Appellee's counsel did not respond to the request until after the motion had been filed, even though the undersigned emaild him on at least three occasions prior to filing.

7.  Appellants ask the Court to grant an extension of time for filing the Motion for Rehearing and Motion for Rehearing En Banc to August 24, 2015.

8.  This request is not made for delay, but only that justice may be done.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully pray that the motion be granted and that the date for filing Appellants' Motion for Rehearing and Motion for Rehearing En Banc be extended to August 24, 2015, or a date acceptable to the court. This motion is timely filed. Appellants further pray for such other and further relief to which Appellants may be entitled.

Respectfully submitted,

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229-3550**
**(210) 212-7979 Telephone**
**(210) 212-5880 Facsimile**

By: _____
**ADAM PONCIO**
**State Bar No. 16109800**

**ATTORNEYS FOR APPELLANTS**

**STATE OF TEXAS**    §
                            §
**COUNTY OF BEXAR**    §

Before me, the undersigned authority, on this day personally appeared Adam Poncio, counsel for Appellants, who, upon his oath, stated that the facts contained in Appellant's motion are true and correct to the best of his personal knowledge and belief.



_____
ADAM PONCIO

SWORN AND SUBSCRIBED TO on this the 13 day of August, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

DEBRA CORTEZ
Notary Public, State of Texas
My Commission Expires
August 08, 2019

## CERTIFICATE OF SERVICE AND CONFERENCE

I hereby certify that a copy of the foregoing document was served on the counsel of record for Appellee and the Court of Appeals on this the 13th day of August, 2015.

ADAM PONCIO